AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Dr. Matthew Kirlough
     Family Dental Care of Medina
     890 N. Court St.
     Medina, Ohio 44256

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  06/18/2018

_SANDY OPACICH, CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Yazan Al-Madani
, who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  DR. MATTHEW KIRLOUGH

was received by me on *(date)*  6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME
WITH LISA                                  on *(date)*  6/19/18   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

ROBERT C. TURPIN, SPS
*Printed name and title*

P.O. BOX 608737, CLEVE. OH
*Server's address*  44108

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Litsa Voulgaris
     Aris Services LLC
     204 W. Aurora Road
     Sagamore Hills, OH 44067

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  06/18/2018

SANDY OPACICH, CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  Yazan Al-Madani
, who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* LITSA VOULGARIS

was received by me on *(date)* 6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:

PERSONAL SERVICE
on *(date)* 6/19/18 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

ROBERT C. TURPIN, SPS
*Printed name and title*

P.O. Box 608737, Cleve, OH 44108
*Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>YAZAN AL-MADANI | )<br>)<br>)<br>)<br>) |

_____
*Defendant*

Case No.  1:16CR329-3

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Dr. Bogdan Butriy
Elite Dentistry Center
24300 Chagrin Blvd., Suite 304
Beachwood., Ohio 44122

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  ___06/18/2018___

SANDY OPACICH, CLERK OF COURT

*Stephanie Sours*
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Yazan Al-Madani___
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dr. BOGDAN BOIRITY

was received by me on *(date)* 6/19/18

☒ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME
WITH NATELIE                    on *(date)*  6/19/18     ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT C. URBAN, SPS
*Printed name and title*

P.O. BOX 608737, CLEVE, OH 44108
*Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Yazan Hadadeen
      Angel Dental Care
      3370 West 117th St.
      Cleveland, OH 44111

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.:  526 |
|---|---|---|
| | | Date and Time:  06/28/2018 8:00 am |

    You must also bring with you the following documents, electronically stored information, or objects _(blank if not
applicable)_:

_(SEAL)_

Date:   06/18/2018
                                          _SANDY OPACICH, CLERK OF COURT_

                                          _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Yazan Al-Madani
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   DR YAZAN HADADEEN
was received by me on *(date)*   6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME
WITH JASMINE           on *(date)*   6/19/18     ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00     .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                              *Server's signature*

                                                           ROBERT C. CURTIN, SPS
                                                                              *Printed name and title*

                                                           P.O. BOX 608737, CLEVE, OH
                                                           44108
                                                                              *Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Walid Thabet
      Angel Dental Care
      3370 West 117th St.
      Cleveland, OH 44111

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.:  526 |
|---|---|---|
| | | Date and Time:  06/28/2018 8:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/18/2018

SANDY OPACICH, CLERK OF COURT

*Stephanie Simon*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Yazan Al-Madani____
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* DR. WALID THABET

was received by me on *(date)* 6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME
WITH RECEPTIONIST on *(date)* 6/19/18 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT C. TURNER, SPS
Printed name and title

P.O. Box 608737, CLEVE, OH
Server's address
44108

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| YAZAN AL-MADANI | )  Case No.  1:16CR329-3 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Joseph Abiad
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

      You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   06/18/2018
                                      _SANDY OPACICH, CLERK OF COURT_

                                           _Stephanie Swen_
                                            _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_    Yazan Al-Madani
                                      , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Dr. Joseph ABIAD_

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:
_RESIDENTIAL SERVICE, LEAVING THE_
_SAME WITH L. MCBRIDE_ on *(date)* _6/19/18_ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_Robert C. Martin, SPS_
Printed name and title

_P.O. Box 608737, Cleve, OH_
Server's address
_44108_

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| YAZAN AL-MADANI | )  Case No.  1:16CR329-3 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Stacy Kime
C/O Legal Department
2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/18/2018

SANDY OPACICH, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Yazan Al-Madani
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  STACY KIME

was received by me on *(date)*  6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE on *(date)*  6/19/18  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                 for travel and $                 for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

ROBERT C. WILLMS JPS
Printed name and title

P.O. Box 608737, CLEVE, OH
44108
Server's address

Additional information regarding attempted service, etc:

# ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| YAZAN AL-MADANI | )     Case No.   1:16CR329-3 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Michael Phillips
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

      *(SEAL)*

Date:    06/18/2018

                 *SANDY OPACICH, CLERK OF COURT*

                                   *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Yazan Al-Madani
                         , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* MICHAEL PHILLIPS

was received by me on *(date)* 6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE *(date)* 6/19/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT CURTIN, SPS
Printed name and title

P.O. BOX 608737, CLEVE, OH 44108
Server's address

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

**Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.**

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

**If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Mary Legerski
     C/O Legal Department
     2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  06/18/2018

SANDY OPACICH, CLERK OF COURT

_Stephanie Smith_

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  Yazan Al-Madani
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  MARY LEGERSKI

was received by me on *(date)*  6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME WITH L. MCBRIDE on *(date)*  6/19/18  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____                    _____
*Server's signature*

ROBERT C. TURPIN, SPS
*Printed name and title*

P.O. BOX 608737, CLEVE, OH 44108
*Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

**Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.**

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

**If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Khazam Noureddin
C/O Legal Department
2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.:  526 |
|---|---|---|
| | | Date and Time:  06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/18/2018

SANDY OPACICH, CLERK OF COURT

*Stephani Simon*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Yazan Al-Madani
, who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   DR. HAZAIM NOUREDDIN

was received by me on *(date)*   6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE on *(date)*   6/19/18   ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

ROBERT C. TURPIN, SPS
*Printed name and title*

P.O. BOX 608737, CLEVE, OH
*Server's address*            44108

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Laith Al-Mashni
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.:  526 |
|---|---|---|
| | | Date and Time:  06/28/2018 8:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:     06/18/2018

                               *SANDY OPACICH, CLERK OF COURT*

                                       *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Yazan Al-Madani

                            , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* DR. LATFH AL-MASHON

was received by me on *(date)* 6/19/18.

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE on *(date)* 6/19/18  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT C. IV AFW, SPS
Printed name and title

P.O. BOX 608737, CLEVE, OH
Server's address

Additional information regarding attempted service, etc:

# ATTENTION SUBPOENA RECIPIENT:

**Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.**

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

**If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:16CR329-3 |
| YAZAN AL-MADANI | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Amy Anderson
    C/O Legal Department
    2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:     06/18/2018

SANDY OPACICH, CLERK OF COURT

_Stephani Smier_

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_     Yazan Al-Madani
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Amy ANDERSON_

was received by me on *(date)* _6/19/18_

☑ I served the subpoena by delivering a copy to the named person as follows: _RESIDENTIAL SERVICE, LEAVING THE SAME WITH L. MCBRIDE_ on *(date)* _6/19/18_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

Subodh Chandra
The Chandra Law Firm, LLC
(216) 578-1700

Richard H. Drucker
(216) 538-6861

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Dr. Gaby Khoury
     C/O Legal Department
     2500 Metrohealth Dr, Cleveland, OH 44109

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

   *(SEAL)*

Date:   06/18/2018

                                                SANDY OPACICH, CLERK OF COURT

                                                *Stephani Snier*

                                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Yazan Al-Madani
_____ , who requests this subpoena, are:

   Richard H. Drucker, Esq
   3150 Chester Avenue
   Cleveland, Ohio 44114
   (216) 566-9908
   (216) 538-6861 (cell)
   Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  DR. GABY KHOURY

was received by me on *(date)*  6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
KESIDENTIAL SERVICE, LEAVING THE SAME WITH L. McBRIDE  on *(date)*  6/19/18  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT C. TURPIN, SPS
Printed name and title

P.O. Box 608 737, CLEVE, OH. 44108
Server's address

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Alfred F. Connors
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

　　　　**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.:  526 |
|---|---|---|
| | | Date and Time:  06/28/2018 8:00 am |

　　　　You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:　　06/18/2018

　　　　　　　　　　　　　　　　　　　　　　　*SANDY OPACICH, CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　*Stephani Smith*
　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*　　　Yazan Al-Madani
　　　　　　　　　　　　　　　　　　　　　　, who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* A(fred) F. Connors

was received by me on *(date)* 6/19/18

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE on *(date)* 6/19/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

ROBERT C. [URFIN], SPS
*Printed name and title*

P.O. Box 608737, CLEVE. OH 44108
*Server's address*

Additional information regarding attempted service, etc:

# ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:16CR329-3 |
| YAZAN AL-MADANI | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Henry Young
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

      *(SEAL)*

Date:   06/18/2018

                                        SANDY OPACICH, CLERK OF COURT

                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Yazan Al-Madani
_____ , who requests this subpoena, are:

      Richard H. Drucker, Esq
      3150 Chester Avenue
      Cleveland, Ohio 44114
      (216) 566-9908
      (216) 538-6861 (cell)
      Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Dr. HENRY YOUNG

was received by me on *(date)*  6/19/18

☐ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. McBRIDE on *(date)*  6/19/18  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

ROBERT C. TURPIN, SPS
*Printed name and title*

P.O. BOX 608737, CLEVE., OH 44b
*Server's address*

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

Subodh Chandra
The Chandra Law Firm, LLC
(216) 578-1700

Richard H. Drucker
(216) 538-6861

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YAZAN AL-MADANI | ) | Case No.  1:16CR329-3 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Cindy Meehan
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
| | | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/18/2018

SANDY OPACICH, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Yazan Al-Madani
_____ , who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  CINDY MEEHAN

was received by me on *(date)*  6/19/18.

☐ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE
SAME WITH L. MCBRIDE on *(date)*  6/19/18  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

ROBERT C. MURPHY, SPS
Printed name and title

PO BOX 608757, CLEVE, OH
Server's address

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| YAZAN AL-MADANI | ) |
|  | ) |
| *Defendant* | ) |

Case No.  1:16CR329-3

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kelly Andolek
      C/O Legal Department
      2500 Metrohealth Dr, Cleveland, OH 44109

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street Akron, Ohio 44308 | Courtroom No.: | 526 |
|---|---|---|---|
|  |  | Date and Time: | 06/28/2018 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    06/18/2018

SANDY OPACICH, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Yazan Al-Madani
_____, who requests this subpoena, are:

Richard H. Drucker, Esq
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908
(216) 538-6861 (cell)
Richard@imwong.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:16CR329-3

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   KELLY ANDOLEK

was received by me on *(date)*   6/19/18 .

☑ I served the subpoena by delivering a copy to the named person as follows:
RESIDENTIAL SERVICE, LEAVING THE SAME WITH L. MCBRIDE on *(date)*   6/19/18   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $                    for travel and $                    for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

Server's signature

ROBERT C. TURPIN, SPS
Printed name and title

P.O. Box 608737, Cleve, OH 44108
Server's address

Additional information regarding attempted service, etc:

## ATTENTION SUBPOENA RECIPIENT:

**Before the appearance date set forth in this subpoena, please call the law office of attorney Subodh Chandra or attorney Richard H. Drucker to confirm the date and time when you shall appear at court.**

**Subodh Chandra**
**The Chandra Law Firm, LLC**
**(216) 578-1700**

**Richard H. Drucker**
**(216) 538-6861**

**If you receive a subpoena from another party in this case, you must separately call the attorney for that party (as described in that subpoena) to confirm your appearance date and time with respect to that other subpoena.**