Case: 1:16-cr-00329-SL Doc #: 398 Filed: 12/13/18 1 of 358. PageID #: 11339

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD R. HILLS,
SARI ALQSOUS,
YAZAN B. AL-MADANI,
TARIQ SAYEGH,

Defendants.

Case No. 1:16CR329
Akron, Ohio
Tuesday, July 3, 2018
8:45 a.m.

TRANSCRIPT OF TRIAL
VOLUME 8, PAGES 2083 THROUGH 2440
BEFORE THE HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE AND A JURY

APPEARANCES:

For the Government: Om M. Kakani
James P. Lewis
Michael L. Collyer
Office of the U.S. Attorney - Cleveland
Carl B. Stokes U.S. Courthouse
801 Superior Avenue, West, Suite 400
Cleveland, Ohio 44113
(216) 622-3600

For Defendant Hills: Tanya F. Miller
Dubose Miller
75 14th Street, NE, Suite 2110
Atlanta, Georgia 30309
(404) 720-8111

Sarah B. Flack
1100 Peachtree Street, NE, Suite 250
Atlanta, Georgia 30309
(678) 653-0830

EXHIBIT 14

For Defendant Alqsous:

John R. Mitchell
Thompson Hine - Cleveland
3900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 566-5847

Joseph R. Klammer
Klammer Law Office
7483 Center Street, Suite 6
Mentor, Ohio 44060
(440) 974-8484

For Defendant Al-Madani:

Subodh Chandra
Patrick C. Haney
Chandra Law Firm
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
(216) 578-1700

Richard H. Drucker
Law Office of Margaret W. Wong
3150 Chester Avenue
Cleveland, Ohio 44114
(216) 566-9908

For Defendant Sayegh:

Richard H. Blake
Jennifer D. Armstrong
McDonald Hopkins - Cleveland
600 Superior Avenue, E, Suite 2100
Cleveland, Ohio 44114
(216) 348-5809

Court Reporter:

Caroline Mahnke, RMR, CRR, CRC
Federal Building & U.S. Courthouse
2 South Main Street, Suite 568
Akron, Ohio 44308
(330) 252-6021

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription.

be similar.

Q. Okay. If we could see Exhibit 56.

What is Exhibit 56, Dr. Walker?

A. Exhibit 56 is a dental chair which has a typodont strapped to the headrest of the chair that mimics a patient's oral cavity.

Q. So when you got to the hospital, you indicated you were taken to this back room with clinical chairs. Was there a typodont already set up?

A. Yes. It was already set up.

Q. And what did you do once you got to the back area?

A. I performed a preparation on a molar tooth which would mimic the preparation of a crown, for a crown, in the typodont. I prepared the tooth for a crown.

Q. Did anyone supervise you from MetroHealth while you were doing this, or monitor you?

A. Yes.

Q. Who was that?

A. That was -- did this cut off?

MR. LEWIS: I think you lost the mic.

THE COURT: Okay.

THE WITNESS: Can you hear me? Okay.

Yes, I was monitored by the resident who directed me to that area.

BY MR. LEWIS:

Q. And this dental chair we're looking at, the dental chair you used, was that a chair that could be used to see patients?
A. Yes.
Q. About how long were you at MetroHealth?
A. Maybe an hour.
Q. Okay. And after going to MetroHealth, what happened?
A. I satisfied the requirement for my clinical testing.
Q. And, sir, you paid $3,000; is that what you indicated?
A. Yes.
Q. Did you ever make any payments to MetroHealth Hospital?
A. No.
Q. And the supplies and equipment and chairs and facility you used, was that all provided to you when you arrived at the hospital?
A. Yes.
MR. LEWIS: May I have a moment, Your Honor?
THE COURT: You may.
MR. LEWIS: No further questions, Your Honor.
THE COURT: Thank you, Mr. Lewis.
Ms. Flack, you may cross-examine the witness.

CROSS-EXAMINATION OF JOSEPH WALKER

BY MS. FLACK:
Q. Good morning, Dr. Walker.

A. Good morning.
Q. My name is Sarah Flack. I've got a couple questions for you.
I want to start where you guys sort of left off on direct.
You indicated that the supplies you used during this crown and bridge procedure, it was a typodont, right?
A. Yes.
Q. And is that what we saw in Exhibit 56, the mouth we saw in that picture?
A. Yes.
Q. Is that a typodont?
A. Yes.
Q. And then the mannequin head?
A. Yes.
Q. And did you take the mannequin head or the typodont with you when you left?
A. No.
Q. Did you take the chair with you that you used?
A. No.
Q. And you indicated that there was one doctor who sort of supervised, or dentist who supervised you doing this procedure; is that right?
A. Yes.
Q. And you said the procedure took about an hour?

A. Well, the whole time I was at Metro Hospital was about an hour. The procedure was faster.
Q. How quick do you think the procedure was?
A. Ten minutes, 15 minutes. It doesn't take me long to prep a tooth.
Q. And did you take any materials or supplies in that 10 or 15 minutes with you when you left?
A. No, I did not.
Q. Now, you indicated that you knew Dr. Hills from growing up in your younger years in Tennessee?
A. Correct.
Q. But taking that aside, you didn't choose OHE because you knew Dr. Hills; is that right?
A. No, I did not.
Q. In fact, you said the board, the Ohio State Dental Board, was the one who guided you to use OHE?
A. That's correct.
Q. Now, you indicated that it was a resident that was -- that oversaw the procedure at MetroHealth?
A. Yes.
Q. But you don't in fact know whether it was a resident?
A. No, I don't. He appeared to be a resident.
Q. But it was just one person, one staff member from MetroHealth?
A. Well, I asked him what was his name. He said

"doctor," so in my mind he was a resident.

Q. Okay. You said he said "doctor" --

A. I don't know his name. He was a doctor.

MS. FLACK: Okay. If I may have a moment, Your Honor.

THE COURT: You may.

MS. FLACK: That's all I have at this time, Your Honor.

THE COURT: Thank you, Ms. Flack.

Mr. Klammer.

MR. KLAMMER: Nothing, Judge.

MR. HANEY: On behalf of Dr. Al-Madani, no cross.

THE COURT: Mr. Blake.

MR. BLAKE: Nothing, Your Honor.

THE COURT: Mr. Lewis, anything further?

MR. LEWIS: No, thank you, Your Honor.

THE COURT: Very well, Doctor. You are excused. You may take that water with you, but you may not take the lapel mic with you. So let me help you with that.

Thank you. Be careful as you step down.

Take care.

The government may call its next witness.

MR. KAKANI: Judge, the government calls Dr. Stuart Katz, K-A-T-Z.

THE COURT: Thank you.

Dr. Katz, if you would approach the courtroom deputy clerk who is standing in front of me, she will administer the oath to you.

STUART KATZ,

of lawful age, a witness called by the Government, being first duly placed under oath, was examined and testified as follows:

THE COURT: All right. And Mr. Kakani, you may inquire.

MR. KAKANI: Thank you, Your Honor.

DIRECT EXAMINATION OF STUART KATZ

BY MR. KAKANI:

Q. Dr. Katz, could you please state your first name and your last name and spell your last name for the record?

A. Stuart Katz, K-A-T-Z.

Q. Okay. And sir, what is it you do for a living?

A. I'm a dentist.

Q. How long have you been a dentist?

MS. MILLER: I can't see the witness, and I can't really hear him that well because he is sort of back.

THE COURT: Okay. If you could just move in front of the microphone. There you go. Thank you.

BY MR. KAKANI:

Q. And if you could, Dr. Katz, if you could speak straight into the microphone slowly and loudly.

I'm sorry. You said you're a dentist, correct?
A. Yes.
Q. How long have you been a dentist?
A. Forty-nine years.
Q. And where did you go for dental school?
A. Case Western Reserve School of Dental Medicine.
Q. And where are you licensed to be a dentist, what states?
A. Ohio.
Q. Are you licensed to be a dentist anywhere else?
A. No.
Q. And have you been practicing all 49 years?
A. Yes.
Q. Okay. What type of dentistry do you do?
A. General dentistry.
Q. I'm going to fast forward a little bit.

Did there come a time in the State of Ohio when your license to practice as a dentist was subject to the Ohio State Dental Board?
A. Yes.
Q. Okay. Approximately when was that?
A. About nine years ago.
Q. Okay. So 2009 time frame?
A. Approximately, yes.
Q. Okay. Please explain to the jury what happened with

I N D E X

DIRECT EXAMINATION OF JOSEPH WALKER 2087
BY MR. LEWIS

CROSS-EXAMINATION OF JOSEPH WALKER 2105
BY MS. FLACK

DIRECT EXAMINATION OF STUART KATZ 2109
BY MR. KAKANI

CROSS-EXAMINATION OF STUART KATZ 2130
BY MS. FLACK

REDIRECT EXAMINATION OF STUART KATZ 2139
BY MR. KAKANI

DIRECT EXAMINATION OF JEAN KENNEDY 2145
BY MR. LEWIS

CROSS-EXAMINATION OF JEAN KENNEDY 2173
BY MS. MILLER

CROSS-EXAMINATION OF JEAN KENNEDY 2188
BY MR. KLAMMER

REDIRECT EXAMINATION OF JEAN KENNEDY 2191
BY MR. LEWIS

RECROSS-EXAMINATION OF JEAN KENNEDY 2193
BY MS. MILLER

DIRECT EXAMINATION OF SADAR ABADI 2195
BY MR. COLLYER

CROSS-EXAMINATION OF SADAR ABADI 2247
BY MS. MILLER

CROSS-EXAMINATION OF SADAR ABADI 2276
BY MR. KLAMMER
REDIRECT EXAMINATION OF SADAR ABADI 2286
BY MR. COLLYER
RECROSS-EXAMINATION OF SADAR ABADI 2293
BY MS. MILLER
RECROSS-EXAMINATION OF SADAR ABADI 2293
BY MR. KLAMMER
DIRECT EXAMINATION OF CHARLES AKIN 2295
BY MR. LEWIS
CROSS-EXAMINATION OF CHARLES AKIN 2321
BY MS. MILLER
CROSS-EXAMINATION OF CHARLES AKIN 2341
BY MR. KLAMMER
REDIRECT EXAMINATION OF CHARLES AKIN 2344
BY MR. LEWIS
DIRECT EXAMINATION OF MALYNDA FRANKS 2347
BY MR. KAKANI

C E R T I F I C A T E

I certify that the forgoing is a correct transcript from the record of proceedings in the above-entitled matter.

S/Caroline Mahnke 12/12/2018

Caroline Mahnke, RMR, CRR, CRC Date